# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PAULA R. WARD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00035-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2014 Amended Order.

January 16, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court